JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VILLAGRANA, Raul Mendes,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); ET AL.,<br><br>Defendants. | No.: ED CV 19-765 DMG (Ex)<br><br>**ORDER RE DISMISSAL OF ACTION [14]** |

Pursuant to the parties' Joint Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice. The parties shall bear their own fees, costs, and expenses.

DATED: September 6, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1